No. 3004

Second Circuit

(Second Division)

———

**WATSON v. BRES**

———

(April 9, 1931. Opinion and Decree.)

———

(*No Syllabus*)

B. H. Lichenstein, of Shreveport, attorney for plaintiff, appellant.

Hunter & Morgan, of Shreveport, attorneys for defendant, appellee.

DREW, J. Plaintiff appealed from a judgment of the lower court rejecting his demands against defendant in a suit on a promissory note. Neither appellant nor appellee have made any appearance in this court, and we assume the appeal has been abandoned. However, we have carefully read the record in the case, and it discloses no error in the judgment of the lower court.

It is therefore ordered, adjudged, and decreed that the judgment of the lower court be affirmed, with all costs.